933 A.2d 647

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kevin Adrian NEYSMITH, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 19, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2007, the Petition for Allowance of Appeal and the Motion for Order to Trial Court to Provide Petitioner with all Records Pertaining to the Jury Poll are hereby **DENIED.**